UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Plaintiff, <br><br> v. <br><br> TRANSUNION, TRANS UNION LLC, TRANSUNION INTERACTIVE, INC., and JOHN T. DANAHER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:22-cv-1880 <br><br> District Judge Elaine E. Bucklo |

**TRANSUNION, TRANS UNION LLC, AND TRANSUNION INTERACTIVE, INC.'S MOTION TO DISMISS**

Defendants TransUnion, Trans Union LLC, and TransUnion Interactive, Inc. (collectively, "TU") respectfully move, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Complaint filed by Plaintiff Consumer Financial Protection Bureau ("CFPB"). For the reasons more fully explained in TU's contemporaneously filed supporting memorandum, the CFPB's Complaint should be dismissed for at least four reasons. First, Count I should be dismissed because the CFPB has failed to plead that it satisfied a necessary condition precedent. Second, Counts III-VIII should be dismissed because they are barred by the doctrine of res judicata. Third, the Complaint is time-barred because the CFPB knew or should have been aware of the facts forming the basis for each claim more than three years prior to April 12, 2022, the date the CFPB filed the Complaint, even accounting for agreements between TU and the CFPB to toll the statute of limitations. Fourth, constitutional defects prevent the CFPB from lawfully bringing this action. Because the CFPB cannot fix these pleading deficiencies by amendment, TU respectfully submits that dismissal should be with prejudice.

| | |
|---|---|
| Dated: July 8, 2022 | Respectfully Submitted,<br><br>By: /s/ Valerie L. Hletko<br><br>Roberta A. Kaplan*<br>*rkaplan@kaplanhecker.com*<br>Gabrielle E. Tenzer*<br>*gtenzer@kaplanhecker.com*<br>D. Brandon Trice*<br>*btrice@kaplanhecker.com*<br>Rebecca Sussman*<br>*rsussman@kaplanhecker.com*<br>KAPLAN HECKER & FINK LLP<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>Tel.: (212) 763-0883<br><br>Valerie L. Hletko<br>*vhletko@kaplanhecker.com*<br>KAPLAN HECKER & FINK LLP<br>1050 K Street, NW, Suite 1040<br>Washington, DC 20001<br>Tel.: (212) 763-0883<br><br>Terri L. Mascherin<br>*tmascherin@jenner.com*<br>Megan B. Poetzel<br>*mpoetzel@jenner.com*<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>Tel.: (312) 222-9350<br><br>*Attorneys for TransUnion, Trans Union LLC, and TransUnion Interactive, Inc.*<br><br><br>*Applications for admission *pro hac vice* pending |

2

## CERTIFICATE OF SERVICE

    I hereby certify that on July 8, 2022, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

                                          /s/ Valerie L. Hletko
                                          One of the attorneys for TransUnion, Trans Union LLC, and TransUnion Interactive, Inc.