**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, TRANS UNION LLC, TRANSUNION INTERACTIVE, INC., and JOHN T. DANAHER,<br><br>Defendants. | ) | Case No. 1:22-cv-1880<br><br>District Judge Elaine E. Bucklo |

**NOTICE OF MOTION**

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on July 14, 2022, **at 9:45 a.m.,** or as soon thereafter as counsel may be heard, counsel for Defendants TransUnion, Trans Union LLC, and TransUnion Interactive, Inc. (collectively, "TU") will appear before District Judge Elaine E. Bucklo in the courtroom usually occupied by her, Room 2243 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present TU's Motion to Dismiss, a copy of which has been served upon you through the Court's electronic filing system.

Dated: July 8, 2022

Respectfully Submitted,

By: /s/ Valerie L. Hletko

Roberta A. Kaplan*
*rkaplan@kaplanhecker.com*
Gabrielle E. Tenzer*
*gtenzer@kaplanhecker.com*
D. Brandon Trice*
*btrice@kaplanhecker.com*
Rebecca Sussman*
*rsussman@kaplanhecker.com*
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Tel.: (212) 763-0883

Valerie L. Hletko
*vhletko@kaplanhecker.com*
KAPLAN HECKER & FINK LLP
1050 K Street, NW, Suite 1040
Washington, DC 20001
Tel.: (212) 763-0883

Terri L. Mascherin
*tmascherin@jenner.com*
Megan B. Poetzel
*mpoetzel@jenner.com*
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350

*Attorneys for TransUnion, Trans Union LLC, and TransUnion Interactive, Inc.*

*Applications for admission *pro hac vice* pending

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

/s/ Valerie L. Hletko
One of the attorneys for TransUnion, Trans Union LLC, and TransUnion Interactive, Inc.