IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>*Plaintiff*,<br><br>v.<br><br>TRANSUNION; TRANSUNION, LLC; TRANSUNION INTERACTIVE, INC.; and JOHN T. DANAHER,<br><br>*Defendants*. | Civil Action No. 1:22-cv-01880<br><br>District Judge Elaine E. Bucklo |

**NOTICE OF MOTION**

**TO:** ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on July 14, 2022, at 9:45 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant John T. Danaher will appear before District Judge Elaine E. Bucklo in the courtroom usually occupied by her, Room 2243 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present his Motion to Dismiss the Complaint, a copy of which has been served upon you through the Court's electronic filing system.

Dated: July 8, 2022

Respectfully Submitted,

By: /s/ *Jeffery H. Knox*

Jeffery H. Knox (*pro hac vice pending*)
Abram J. Ellis (*pro hac vice pending*)
Nicole A. Palmadesso (*pro hac vice pending*)
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC 20001
jeffery.knox@stblaw.com
aellis@stblaw.com
nicole.palmadesso@stblaw.com
Telephone: (202) 636-5500
Facsimile: (202) 636-5502

Ronald S. Safer
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
rsafer@rshc-law.com
Telephone: (312) 471-8736
Facsimile: (312) 471-8701

*Counsel for Defendant John T. Danaher*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

By: /s/ *Jeffery H. Knox*
*Counsel for Defendant John T. Danaher*