# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Consumer Financial Protection Bureau

                                                 Plaintiff,

v.                                                                                             Case No.: 1:22–cv–01880

                                                                                          Honorable Elaine E. Bucklo

TransUnion, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 17, 2022:

       MINUTE entry before the Honorable Elaine E. Bucklo: Ruling set for 11/28/2022 is stricken. The Court will issue a ruling by mail. No appearance necessary. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.