# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Consumer Financial Protection Bureau

                                              Plaintiff,

v.                                                         Case No.: 1:22–cv–01880
                                                                  Honorable Elaine E. Bucklo

TransUnion, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 18, 2022:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendants' motion to dismiss [28] and [31] are denied. Enter Memorandum Opinion & Order. Scheduling Conference is reset for 12/22/2022 at 9:45 a.m. The joint Rule 26(f) planning report is due 12/12/2022. The report form can be found on Judge Bucklo's page at www.ilnd.uscourts.gov. The court will enter a schedule based on the report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.