# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Consumer Financial Protection Bureau

                                   Plaintiff,

v.                                                         Case No.: 1:22–cv–01880

                                                              Honorable Elaine E. Bucklo

TransUnion, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 13, 2023:

       MINUTE entry before the Honorable Elaine E. Bucklo: Defendants' motion to stay all proceedings pending U.S. Supreme Court decision [87] is denied. Enter Order. Status hearing previously set for 5/10/2023 and its status report is stricken. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.