IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>TransUnion, Trans Union LLC, TransUnion Interactive, Inc., and John T. Danaher,<br><br>Defendants. | Case No. 1:22-cv-1880<br><br>Honorable Judge Elaine E. Bucklo |

**NOTICE OF MOTION**

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on August 2, 2023, at 9:45 a.m., or as soon thereafter as I may be heard, counsel for Plaintiff Consumer Financial Protection Bureau ("Bureau") shall appear before the Honorable Judge Elaine E. Bucklo or any judge sitting in her place and stead in Courtroom 2243 of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn St., Chicago, Illinois and shall present the Motion to Dismiss Corporate Defendants' Counterclaim, a copy of which has been served upon you through the Court's electronic filing system.

Dated: July 28, 2023

Respectfully submitted,

s/ Lauren Gorodetsky

Lauren Gorodetsky
Jessica Rank Divine
Mary K. Warren
Tracy L. Hilmer
Anjali Garg
*Attorneys*

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

Telephone: (202) 435-7560 (Gorodetsky)
Telephone: (202) 435-7863 (Divine)
Telephone: (202) 435-7815 (Warren)
Telephone: (202) 435-7459 (Hilmer)
Telephone: (202) 435-9217 (Garg)

Email: lauren.gorodetsky@cfpb.gov
Email: mary.warren@cfpb.gov
Email: jessica.divine@cfpb.gov
Email: tracy.hilmer@cfpb.gov
Email: anjali.garg@cfpb.gov

*Attorneys for Plaintiff Consumer Financial Protection Bureau*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

NOTICE OF MOTION, MOTION TO DISMISS, and MEMORANDUM IN SUPPORT

were served pursuant to the district court's ECF system.

s/ Lauren Gorodetsky
Lauren Gorodetsky
Counsel
Consumer Financial Protection Bureau