## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Consumer Financial Protection Bureau

                                                  Plaintiff,

v.                                                        Case No.: 1:22–cv–01880
                                                        Honorable Elaine E. Bucklo

TransUnion, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 14, 2024:

      MINUTE entry before the Honorable Young B. Kim: Motion hearing held. The government's motion to compel [240] and motion for sanctions [246] are entered and continued. Corporate Defendants have until April 5, 2024, to respond to the motion to compel and Defendant Danaher has until April 19, 2024, to file a response to the motion for sanctions. The government's motion for leave to file certain exhibits under seal [249] is granted in part and denied in part for the reasons stated in open court. The motion is granted, except for Exhibit 26 (R. 245−1) and Exhibit E (R. 248). The court will unseal these two documents on April 1, 2024, unless Danaher files a timely objection to this ruling. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.