# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau, | |
| Plaintiff, | Civil Action No. 1:22-cv-01880 |
| v. | District Judge Elaine E. Bucklo<br>Magistrate Judge Young B. Kim |
| TransUnion, Trans Union LLC, TransUnion Interactive, Inc., and John T. Danaher, | |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on May 17, 2024, at 9:45 a.m., Defendants TransUnion, Trans Union LLC, and TransUnion Interactive, Inc. (collectively, "TransUnion"), by and through its counsel, shall appear before the Honorable Judge Elaine E. Bucklo in Courtroom 2443 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present TransUnion's Motion to Withdraw as Counsel of Samuel Crimmins.

Dated: May 14, 2024                          Respectfully submitted,

By: */s/ Samuel Crimmins*

Valerie L. Hletko
Alyssa McGraw (admitted *pro hac vice*)
Samuel Greeley (admitted *pro hac vice*)
Samuel Crimmins (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel.: (202) 662-6000
Email: vhletko@cov.com
Email: amcgraw@cov.com
Email: sgreeley@cov.com
Email: scrimmins@cov.com

William E. O'Neil (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: (212) 841-1000
Email: woneil@cov.com

Terri L. Mascherin
Megan B. Poetzel
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
Email: tmascherin@jenner.com
Email: mpoetzel@jenner.com

*Counsel for Defendants TransUnion, Trans Union LLC, and TransUnion Interactive, Inc.*