# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Consumer Financial Protection Bureau

                                  Plaintiff,

v.                                                                      Case No.: 1:22−cv−01880

                                                                                       Honorable Elaine E. Bucklo

TransUnion, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 19, 2024:

       MINUTE entry before the Honorable Young B. Kim: Motion hearing held. For the reasons stated in open court, the government's motion to compel and for sanctions [273] is granted in part and denied in part. The motion is granted to the extent that the government is authorized to serve a subpoena on Consumer Track and Corporate Defendants are ordered to supplement their answer to the government's Interrogatory No. 1(c) with a narrative answer by August 2, 2024. Corporate Defendants are also ordered to reimburse the government for its attorneys' travel expenses−−−including air and local transportation, lodging, and per diem−−−within 14 days of the government's request (to be sent to Corporate Defendants and not the court) for reimbursement. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.