IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>TransUnion, Trans Union LLC, TransUnion Interactive, Inc., and John T. Danaher,<br><br>Defendants. | Case No. 1:22-cv-1880<br><br>Hon. Judge Elaine E. Bucklo<br>Hon. Magistrate Judge Daniel P. McLaughlin |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff and Defendants stipulate that the above-captioned action is voluntarily dismissed against all Defendants, with prejudice, with each party bearing its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Dated: February 28, 2025 | Respectfully submitted,<br><br>Mark Paoletta<br>*Chief Legal Officer*<br><br>Daniel Shapiro<br>*Deputy Chief Legal Officer*<br><br>Cara Petersen<br>*Principal Deputy Enforcement Director*<br><br>David Rubenstein<br>*Deputy Enforcement Director*<br><br>Jessica Rank Divine<br>*Assistant Deputy Enforcement Director*<br><br> /s/ *Jessica Rank Divine*<br>Jessica Rank Divine<br>Mary K. Warren<br>Tracy L. Hilmer<br>Anjali Garg<br><br>Consumer Financial Protection Bureau<br>1700 G Street, NW<br>Washington, DC 20552<br>Telephone: (202) 435-7863 (Divine)<br>Telephone: (202) 435-7459 (Hilmer)<br>Telephone: (202) 435-7815 (Warren)<br>Telephone: (202) 435-9217 (Garg)<br><br>Email: jessica.divine@cfpb.gov<br>Email: tracy.hilmer@cfpb.gov<br>Email: mary.warren@cfpb.gov<br>Email: anjali.garg@cfpb.gov<br><br>*Attorneys for Plaintiff Consumer Financial Protection Bureau* |

/s/ Valerie L. Hletko
Valerie L. Hletko
Alyssa McGraw (admitted *pro hac vice*)
Samuel Greeley (admitted *pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel.: (202) 662-6000
Email: vhletko@cov.com
Email: amcgraw@cov.com
Email: sgreeley@cov.com

William E. O'Neil (admitted *pro hac vice*)
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: (212) 841-1000
Email: woneil@cov.com

Terri L. Mascherin
Megan B. Poetzel
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
Email: tmascherin@jenner.com
Email: mpoetzel@jenner.com

*Counsel for Defendants TransUnion, Trans Union LLC, TransUnion Interactive, Inc.*


/s/ Jeffrey H. Knox
Jeffrey H. Knox (admitted *pro hac vice*)
Abram J. Ellis (admitted *pro hac vice*)
Noah Gimbel (admitted *pro hac vice*)
Nicole A. Palmadesso (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC 20001
jeffrey.knox@stblaw.com
aellis@stblaw.com

nicole.palmadesso@stblaw.com
Telephone: (202) 636-5500
Facsimile: (202) 636-5502

Ronald S. Safer
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
rsafer@rshc-law.com
Telephone: (312) 471-8736
Facsimile: (312) 471-8701

*Counsel for Defendant John T. Danaher*

4